UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| United States of America,<br><br>                     Plaintiff,<br>vs.<br><br>Dyllan Scott Gabbard,<br><br>                     Defendant. | **Release Order**<br><br><br><br><br><br><br>Case No. 1:20-cr-37-CW-DAO |

IT IS HEREBY ORDERED that Mr. Gabbard be rolled up and released from the Weber County Jail at 1:30 p.m. on Tuesday, August 4, 2020. He is to be released to his mother, Melissa Gabbard.

Dated August 3, 2020.

BY THE COURT:

_Daphne A. Oberg_

Daphne A. Oberg
United States Magistrate Judge